IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAFAEL M. NAVARRO,

    Plaintiff,

v.                                 CASE NO. 5:18cv14-RH/GRJ

JAMES B. FENSOM et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on April 18, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge